UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
[Enter your name, address and telephone number]

Robert Pasteur Bovk
1700 South Broadway
Camden, New Jersey
08104

In Re:
[Enter the debtor's name(s)]

Sussex County Tax Office

Case No.: 20-50009
[Enter the case number]

Chapter: 13
[Enter the chapter; example: 13]

Hearing Date: ~~8-21-19~~ 9-10-2019 at 10:00 AM
[Enter the hearing date]

Judge: ALTENBURG
[Enter the Judge's last name]

Filed 19-20005

## NOTICE OF MOTION TO

[Enter the relief sought] I NEEDED MY BANKRUPTCY REINSTATED

[Enter your name] Robt. P. Bovk has filed papers with the court to [Enter the relief sought] INSTATE BANKRUPTCY TO SAVE PROPERTY.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: ~~8-21-19~~ 9-10-2019
[Enter the date of the hearing]

Hearing Time: ~~10:30~~ 10:00 AM
[Enter the time of the hearing]

Hearing Location: Fourth & Cooper
[Enter the location of the hearing]
400 Cooper Street, Camden NJ 08101 Mitchell H Cohen Federal Courthouse

Courtroom Number: 4B
[Enter the courtroom number]

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

*[Enter the trustee's name and address]*

*[Enter the name and address of all other parties who will be affected by this motion]*

SUSSEX COUNTY TAX OFFICE
THE CIRCLE
GEORGETOWN, DELAWARE

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 8-17-19
*[Enter the date this document is signed]*

Signature: Robert Pasture Bove
*[Of the party seeking relief]*

# INSTRUCTIONS FOR PREPARING A MOTION

## I. General Instructions

a. The information in this document and the prompts contained in the attached motion package are not legal advice and are not a substitute for legal advice.

b. A motion is a formal request for relief from the court. These instructions and the prompts contained in the documents will help you prepare the motion. A "motion package" typically consists of four documents: 1) a Notice of Motion; 2) a Certification in Support of the Motion, including any Exhibits; 4) a Certification of Service; and 3) a proposed Order. (Some motions require the filing of a brief or memorandum of law where the litigant provides legal arguments setting forth why they believe they are entitled to the relief sought.). See Local Rule 9013-1 and 9013-3.

c. When you submit your motion to the Clerk's Office, you must provide 1 original set of documents and 1 copy.

   i. If you file the motion in person at the clerk's office, the copy will be given back to you marked "Filed."

   ii. If you mail the motion to the Clerk's Office, you must include a self-addressed, stamped envelope for the return of your filed Motion.

d. You may be required to pay a fee at the time of the filing of the motion. For a list of motions that require the payment of a fee, see the court's web site, www.njb.uscourts.gov/court-info/court-fees.

   i. If you are required to pay a fee, payment must be in the form of certified check, money order, or attorney check. The Clerk's Office will not accept personal checks or cash. Registered efilers may make payment by credit card.

e. You do not have to appear in court on the hearing date unless someone objects or responds to your motion. If a party objects or files a response and you do not appear at the hearing your motion may be denied. See Local Rule 9013-3.

f. Complete the blank forms in this package by following the prompts.

g. Hearing date: Each judge's hearing dates are available on the court's web site: http://www.njb.uscourts.gov/judges-info/hearing-dates. Generally, hearings on motions must be scheduled for at least 21 days after the date the motion is filed. Some motions must be scheduled for up to 30 days after the filed date of the motion. Each judge has guidelines regarding hearing dates on their web page. Paying attention to the guidelines will ensure that your motion is heard timely. See Local Rule 9013-2.

h. Signatures: All documents must be signed and dated.

2019 AUG 16 P 4:37

RECEIVED
DISTRICT OF NEW JERSEY
U.S. DISTRICT COURT
CLERK